UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KELLI COFFMAN,

                Plaintiff,

v.                                       Case No. 17-2381-JWB

STATE OF KANSAS,

                Defendant.

**SECOND AMENDED SCHEDULING ORDER**

The parties have submitted a joint, informal request to amend the scheduling order (ECF Nos. 37, 59). The court finds good cause to extend deadlines, and the scheduling order is amended as follows:

    a. All discovery must be commenced or served in time to be completed by **March 29, 2019**.

    b. The final pretrial conference is rescheduled from March 4, 2019, to **April 16, 2019, at 11:00 a.m.**, in the U.S. Courthouse, Courtroom 223, **Kansas City**, Kansas. Unless otherwise notified, the undersigned U.S. Magistrate Judge will conduct the conference. No later than **April 5, 2019**, counsel must submit the parties' proposed pretrial order (formatted in Word or WordPerfect) as an attachment to an e-mail sent to *ksd_ohara_chambers@ksd.uscourts.gov*. It must be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties must affix their signatures to the proposed pretrial order according to the procedures governing multiple signatures set forth in

1

paragraphs II(C) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

    c.    The dispositive motion deadline is moved to **April 30, 2019**.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated January 9, 2019, at Kansas City, Kansas.

                                            s/ James P. O'Hara
                                            James P. O'Hara
                                            U.S. Magistrate Judge